TO:            Robert T. Watson
                        Assistant United States Attorney

FROM:         Deepa Vanmali, DEA Senior Forensic Chemist

APPROVED:    Bradley S. Campbell, Laboratory Director

SUBJECT:     Rule 16(a)(1)(G) SUMMARY OF TESTIMONY IN DEA Case No.: REDACTED

DATE:          April 5, 2016

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G):

1. My name is: Deepa Vanmali

2. I am employed by the Department of Justice, Drug Enforcement Administration (DEA), in the capacity of Forensic Chemist, and was so employed when I conducted the examinations and analyses described below. My qualifications to interpret the results described below, and to express an opinion as to the identity of the exhibits described below, are based on my knowledge, skill, experience, training and education. My qualifications are described in detail in the attachment.

3. The opinions described below are based on the following chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results.

4. I examined and analyzed the substances contained in the exhibits which were submitted for analysis in the above referenced case.

RULE 16 (a)(1)(G) SUMMARY OF TESTIMONY IN
DEA Case No.: REDACTED

5. In my opinion, the substance referred to herein as exhibit #17 (DEA LIMS No. 2015-SFL4-05834) has been identified as follows:

    a. Substance(s) Identified: Cocaine Hydrochloride, Phenyltetrahydroimidazothiazole
    b. Net weight: 336.4 kg (± 10.3 kg)*

The above opinion is based on the following physical, chemical, and instrumental analyses:

- Gas Chromatography /Flame Ionization Detector (GC/FID)
- Gas Chromatography / Mass Spectrometry (GC/MS)
- Fourier Transform Infrared Spectroscopy (FT-IR)
- Scott's Color test

*The reported net weight is an extrapolated value based on the individual weights of 9 units; the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Attachment



Deepa Vanmali B.S.  
Department of Justice  
Drug Enforcement Administration  
Office of Forensic Sciences

Senior Forensic Chemist  
Southeast Laboratory  
Miami, Florida

## AREA OF EXPERTISE

**Forensic Discipline**

- Forensic Drug Chemistry

**Expert Testimony**

- Provided testimony in federal and state court approximately 45 times

## PROFESSIONAL EXPERIENCE

### DRUG ENFORCEMENT ADMINISTRATION

*Senior Forensic Chemist, DEA southeast Laboratory, Miami, Florida, October 2008 - present*

- Perform qualitative and quantitative analysis of evidence
- Provide field assistance to law enforcement agencies
- Participate in clandestine laboratory seizures
- Provide expert testimony in court

*Training*

- Laboratory Information Management System, August 2013
- Clandestine Laboratory Recertification, Annually

*Forensic Chemist, DEA southeast Laboratory, Miami, Florida, November 2003 - October 2008*

- Perform qualitative and quantitative analysis of evidence
- Provide field assistance to law enforcement agencies
- Participate in clandestine laboratory seizures
- Provide expert testimony in court

*Training*

- DEA Basic Forensic Science School, August 2004
- DEA Clandestine Laboratory Certification, September 2004

### ORANGE COUNTY SHERIFF'S OFFICE

*Crime Scene Investigator, Orlando, Florida, April 2002 - November 2003*

- Investigate all crime scenes to include documentation. processing, collection, packaging, and preserving evidence
- Assist and communicate with detectives and other law enforcement agencies
- Write organized, detailed reports of services performed for possible court presentation and testimony

**ARMED FORCES DNA IDENTIFICATION LABORATORY**
*Intern, Rockville, Maryland, May 2001 - August 2001*
- Completed validation of the PE 9700 thermal cycler for amplification of extracted mtDNA from bone specimens
- Responsible for preparation, purification, and instrumental analysis of all samples associated with the validation
- Resposible for analyzing and comparing the technical data produced

## EDUCATION AND CERTIFICATIONS

University of Central Florida, Orlando, Florida
- Bachelor of Science in Forensic Science, Chemistry discipline, December 2001
- Minor in Chemistry, December 2001

Pasco-Hernando Community Colege, Brooksville, Florida
- Associates of Arts Degree, May 1999

## PROFESSIONAL AFFILIATIONS

- Member, Clandestine Laboratory Investigating Chemists Society, January 2005 - July 2015
- Trainee Affiliate, American Academy of Forensic Sciences, February 2003 - November 2005
- Student Member, American Academy of Forensic Sciences, April 2001 - February 2003
- Member, International Association for Identification, May 2002 - May 2004