UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                                      Case No.:    15-10015-CR-KING

DARWIN JOSE DELUQUE LARRADA,
    Defendant.
_____/

## *DEFENDANT'S MOTION FOR INVESTIGATIVE TRAVEL EXPENSES*

COMES NOW, the defendant, by and through undersigned counsel, and respectfully requests this Honorable Court enter an order allowing the defense investigator in this matter to incur lodging and travel expenses at the approved government rates during the pendency of this trial. As grounds in support thereof the defense would state the following:

1.     Undesigned counsel has been appointed pursuant to the Criminal Justice Act.

2.     The defense investigator, Gerinerdo Navarro, will be traveling to Key West to assist counsel during the trial in this matter.

3.     After speaking to the CJA desk, it was suggested that counsel request that the Court approve lodging and travel expenses for the investigator in a separate order, if it were so inclined to do so.

4.	Since the trial is in Key West, it would be a hardship for the investigator to travel to Key West everyday for trial and the expense of travel time will be similar if not more than the approved government rate for lodging.

5.	The defense is requesting that the defense investigator be granted lodging and travel expenses during the pendency of this trial.

WHEREFORE the defendant requests this motion be granted.

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served using the CM/ECF system this 29th day of April, 2016.

Respectfully submitted,

s/ Gennaro Cariglio Jr.
Gennaro Cariglio Jr.
10800 Biscayne Blvd.
Suite 900
Miami, FL 33161
(305) 899-0438
Florida Bar No.: 51985
Attorney for the Defendant
Sobeachlaw@aol.com