Copy of Indictment
Photos
Transcript of Witness

Preparation of
Transcript would
Take about 5 days

We do not have one
available for at least
5 days

JhK