UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-10015-CR-KING

UNITED STATES OF AMERICA

vs.

DARWIN JOSE DELUQUE LARRADA,

      Defendant.
_____/

## SPECIAL VERDICT

(1A) We, the Jury, unanimously find the Defendant, DARWIN JOSE DELUQUE LARRADA, as to Count 1 of the indictment:

    GUILTY _____    NOT GUILTY __✓__

[Note: If you find the Defendant not guilty as charged in Count 1, you need not consider paragraph 1B below.]

21

(1B)  We, the Jury, having unanimously found the Defendant, DARWIN JOSE DELUQUE LARRADA, guilty of the offense charged in Count 1 of the indictment, further find with respect to Count 1 that he possessed with intent to distribute the following controlled substance in the amount shown (place an "X" on the appropriate line):

Cocaine:

    (i) Weighing 5 kilograms or more  \_\_\_\_

    (ii) Weighing 500 grams or more
        but less than 5 kilograms  \_\_\_\_

    (iii) Weighing less than 500 grams  \_\_\_\_

(2A)  We, the Jury, unanimously find the Defendant, DARWIN JOSE DELUQUE LARRADA, as to Count 2 of the indictment:

    GUILTY \_\_\_\_        NOT GUILTY ✓

[Note: If you find the Defendant not guilty as charged in Count 2, you need not consider paragraph 2B below.]

22

(2B) We, the Jury, having unanimously found the Defendant, **DARWIN JOSE DELUQUE LARRADA,** guilty of the offense charged in Count 2 of the indictment, further find with respect to Count 1 that he possessed with intent to distribute the following controlled substance in the amount shown (place an "X" on the appropriate line):

Cocaine:

    (i) Weighing 5 kilograms or more    \_\_\_\_

    (ii) Weighing 500 grams or more
        but less than 5 kilograms    \_\_\_\_

    (iii) Weighing less than 500 grams    \_\_\_\_

**SO SAY WE ALL.**

Signed and dated at the Sidney M. Aronovitz United States Courthouse, Key West, Florida, this \_\_4\_\_ day of \_\_May\_\_, 2016.

_____        _____
Foreperson's Signature        Foreperson's Printed Name

23